FILED
HARRISBURG, PA
SEP 15 2026
PER ale DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:26-CR-00038 |
| | : | |
| v. | : | (Judge Neary) |
| | : | |
| MATTHEW BAIR | : | (Filed Electronically) |

**EXHIBIT FOR MOTION IN *LIMINE***

AND NOW comes the Defendant, Matthew Bair, by his attorney Beatrice F. Diehl, Esquire, of the Federal Public Defender's Office, and files this Exhibit for defense Motion in Limine to Exclude Evidence.

Attached is a video that represents Exhibit 2 for the Motion to Exclude Evidence.

Respectfully submitted,

Date: September 14, 2026

*/s/ Beatrice F. Diehl*

BEATRICE F. DIEHL, ESQUIRE
Asst. Federal Public Defender
Attorney ID# FL0124667
100 Chestnut Street, Third Fl.
Harrisburg, PA 17101
Tel. No. 717-782-2237
Fax No. 717-782-3881
Beatrice_Diehl@fd.org
*Attorney for Matthew Bair*

## CERTIFICATE OF SERVICE

I, Beatrice F. Diehl, Esquire, Assistant Federal Public Defender, do hereby certify that I served a copy of the foregoing **Exhibit for Motions in Limine**, via Electronic Case Filing, and/or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, and/or by hand delivery, addressed to the following:

CARLO D. MARCHIOLI, ESQUIRE
*Carlo.D.Marchioli@usdoj.gov*

MATTHEW BAIR

Respectfully submitted,

Date: September 14, 2026

*/s/ Beatrice F. Diehl*
BEATRICE F. DIEHL, ESQUIRE
Asst. Federal Public Defender
Attorney ID# FL0124667
100 Chestnut Street, Third Fl.
Harrisburg, PA 17101
Tel. No. 717-782-2237
Fax No. 717-782-3881
Beatrice_Diehl@fd.org
*Attorney for Matthew Bair*