**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **No. 1:26-cr-38** |
| | : | |
| **v.** | : | **(Judge Neary)** |
| | : | |
| **MATHEW BAIR,** | : | |
| **Defendant** | : | |

**ORDER**

AND NOW, this 16th day of September, 2026, upon consideration of the Government's Unopposed Motion to Extend Deadlines, the motion is GRANTED. The Government shall file a brief in opposition to Defendant Mathew Bair's motion in limine (Doc. 47) by September 24, 2026. The Government's deadline to file a motion in limine and supporting brief with respect to Bair's proposed expert is extended to September 28, 2026.

/s/ Keli M. Neary
Keli M. Neary
United States District Judge