IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:26-CR-00038 |
| | : | |
| v. | : | (Judge Neary) |
| | : | |
| MATTHEW BAIR | : | (Electronically Filed) |

**ORDER OF COURT**

AND NOW, this 15th day of October 2026, after consideration of the Motion to Revoke Detention **IT IS HEREBY ORDERED** that the detention order (Doc 15) be **REVOKED** and Mr. Bair is ordered to be released with the following conditions:

A. The defendant must not violate federal, state, or local law while on release.

B. The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

C. The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

D. The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

E. The defendant must:
   i. Submit to supervision by and report for supervision to the U.S. Probation office immediately following release from custody.

   ii. Continue or actively seek employment.

iii. Not obtain a passport or other international travel document.

iv. Abide by the following restrictions on personal association, residence, or travel: travel restricted to the MDPA.

v. Avoid all contact, directly or indirectly, with any person who may be a witness in the prosecution including Stephany Feiser except through third parties to facilitate communication and interaction with their shared minor children.

vi. Not possess a firearm, destructive device, or other weapon.

vii. Not use alcohol.

viii. Not use or unlawfully possess a narcotic drug or other controlled substance.

ix. Submit to testing for a prohibited substance, if required by the pretrial services or supervising officer.

x. Submit to stand-Alone Monitoring with GPS location monitoring.

xi. Report as soon as possible to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

xii. Maintain residence at 2600 Windsor Rd, Windsor, PA, 17366.

BY THE COURT:

/s/ Keli M. Neary

KELI M. NEARY, JUDGE
United States District Court